# Court of Appeals
# of the State of Georgia

ATLANTA, March 20, 2013

*The Court of Appeals hereby passes the following order*

**A13D0252. DAME LEE v. LATMARA SMITH.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2012CV216908



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, March 20, 2013.

I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto
affixed the day and year last above written.

*, Clerk.*